**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A. | : | No. 478 EAL 2019 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| ANN S. BORIS AND VAMSIDHAR R. VURIMINDI | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: VAMSIDHAR R. VURIMINDI | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 3rd day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.